IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

OMAR TARAZI,

    Plaintiff,

v.

PAMELA G. OSHRY,
et al.,

    Defendants.

Case No. 2:10-cv-793
Judge Sargus
Magistrate Judge King

## ORDER

Given the entered Stipulation of Partial Voluntary Dismissal (Doc. 121), which dismisses all claims against Defendant Stemberger, Documents 18, 47, 50, and 54 are dismissed as moot.

IT IS SO ORDERED.

8-26-2011
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE